**Sarah COURSEN and Katherine Cook, Plaintiffs-Appellants,**

v.

**A.H. ROBINS COMPANY, INC., a Virginia corporation, Defendant-Appellee.**

**Pamela VAN DUYN, Terri Johnson, Joanna B. Kuhnhenn, Gayle McCann, Laurie Jo Franz, and Debbie Rohl, Plaintiffs-Appellants,**

v.

**A.H. ROBINS COMPANY, INC., a Virginia corporation, Defendant-Appellee.**

Nos. 84–3853 to 84–3861.

United States Court of Appeals, Ninth Circuit.

Oct. 8, 1985.

ORDER

Before GOODWIN and SKOPIL, Circuit Judges, and VUKASIN,* District Judge.

The original opinion in this matter, which appears at 764 F.2d 1329 (9th Cir.1985), contains a typographical error on page 1342. The sentence immediately following headnote 23 on page 1342 should be changed to read as follows: "While a plaintiff cannot appeal a voluntary dismissal without prejudice, he or she may appeal a dismissal with prejudice."

---

* The Honorable John P. Vukasin, Jr., United States District Judge for the Northern District of California, sitting by designation.